**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                                        **DOCKET NO. 3:17CR134-80**

            **V.**                      **ORDER**

**TWYLAIN WILSON**

   This MATTER is before the Court on Defendant's pro se Motion for Compassionate Release (Doc. No. 2995)

   Setting Response Deadline for US Attorney as to Defendant. The Government is hereby ordered to inform the Court if Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine in a brief filing with the Court that includes relevant dates. If none of these apply to Defendant, the Government is ordered to respond to Defendant's Motion for Compassionate Release on the merits. These responses are due 9/23/2021.

   IT IS SO ORDERED.

                        Signed: August 25, 2021

                        _____

                        Frank D. Whitney
                        United States District Judge