UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00134-FDW-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TWYLAIN WILSON | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 3484).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that "has been" subsequently lowered by the Sentencing Commission. Here, Defendant anticipates that a proposed amendment will have the effect of lowering his guideline range. (Doc. No. 3483, pp. 1-2). Without any legal authority, he asks the Court to apply the "Amendments Effective November 1, 2023" to reduce his sentence. (<u>Id.</u>, p. 3). Defendant's motion is premature pending the enactment of the proposed amendment, and the Court will deny the instant motion without prejudice to Defendant's ability to file a renewed motion if and when the law upon which Defendant seeks to rely becomes enacted.

**IT IS, THEREFORE, ORDERED** that Defendant's motion, (Doc. No. 3484), is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: September 11, 2023

Frank D. Whitney
United States District Judge